# UNITED STATES DISTRICT COURT
## for the
Eastern District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| BRIAN MICHAEL EBBINGHAUS | ) | Case No. 1:26-mj- 179 |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 2026_____ in the county of _____Hamilton_____ in the
_____Eastern_____ District of _____Tennessee_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) and (b)(1) | Distribution of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Heidi Fuller.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Heidi Fuller, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/17/2026

_____
*Judge's signature*

City and state: _____Chattanooga, Tennessee_____

Mike Dumitru, U.S. Magistrate Judge
*Printed name and title*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:26-mj-179 |
| v. | ) | |
| | ) | |
| BRIAN MICHAEL EBBINGHAUS | ) | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Heidi Fuller, being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      The statements contained in this affidavit are based upon my investigation, information provided by other law enforcement agencies and partners, and on my experience and training as a Special Agent of the FBI.  I have set forth only the facts that I believe are necessary to establish probable cause to believe evidence that violations of Title 18, United States Code, Sections 2252(a)(2) and 2252A(a)(2), which make it a crime to distribute child pornography in interstate commerce.  This affidavit includes only those facts that I believe are necessary to establish probable cause and does not include all the facts uncovered during the investigation.

2.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since 2020. I am currently assigned to the FBI's Chattanooga Resident Agency ("Chattanooga RA"). In this capacity, I am charged with investigating possible violations of federal criminal law.  I have received training and gained experience in interviewing and interrogation techniques, the execution of federal warrants, seizures, and the identification and collection of evidence. During my time in law enforcement, I have gained training and field experience in a variety of investigative and legal matters, including violations of federal law associated with complex financial crimes, civil rights, public corruption, violent crimes, and

1

crimes against children. I am a law enforcement officer authorized by the Attorney General to carry a firearm, execute warrants, make arrests for offenses against the United States, and to perform other duties authorized by law.

3.        This affidavit is being submitted for the limited purpose of establishing probable cause that BRIAN MICHAEL EBBINGHAUS, currently residing at 16573 Wild Horse Creek Road #2408 Chesterfield, Missouri, has violated Title 18, United States Code, Sections 2252(a)(2) and 2252A(a)(2), which make it a crime to distribute child pornography in interstate commerce.

**PROBABLE CAUSE**

4.        In summary, an FBI Online Covert Employee (OCE) conducted an undercover investigation in the Signal messaging application.  The OCE observed that Ebbinghaus maintained a leadership role in a child pornography trading room and also distributed hundreds of child pornography videos to the OCE in direct message chats.

5.        In March 2026, a Nashville Division OCE infiltrated the child pornography trading room through the Signal application entitled "White American teen boys 14-17."  The group had the following tag line, "Only white teens (tictok boys) new vids Baited boys. Forced," which indicates that much of the child pornography pertained to production.  A review of the Signal group revealed that it was very active, managed by two administrators "Fistedboy" and "F Wolfe" and contained 497 members.

6.        Between March 24, 2026, and May 31, 2026, the OCE established direct message contact with "Fistedboy."  During that first conversation, "Fistedboy" distributed 24 child pornography videos and sent the OCE multiple voice messages describing his excitement about sexually assaulting young boys.  The child pornography videos included both pre and post

2

pubescent male children engaged in sexually explicit behavior such as solo masturbation, along with imagery of adult males anally penetrating both pre and post pubescent boys, and boys performing oral sex on other minors and/or adult men. The imagery also included images of toddler-aged boys with anal sex toys inserted into their rectums.

7.      The messages then turned to "Fistedboy" wanting to serve as a sexual "slave" to the OCE, describing a scenario where the OCE would travel around in a van for the OCE and boys to rape him and the OCE to prolapse him. "Fistedboy" informed the OCE that he resided in St. Louis, Missouri, asked to see the OCE's "cock" on multiple occasions, stated that his name was Ryan, and informed the OCE that he didn't use the platforms Mega or Telegram because they were not secure enough.  "Fistedboy" also distributed an image of his penis to the OCE which depicted identifiable elements of "Fistedboy's" bedroom.

8.      On March 31, 2026, the OCE deployed an URL link to "Fistedboy."  The following information was revealed after "Fistedboy" accessed the link:

> Accessed the link on 05/31/26 at 6:58:40PM UTC using AT&T Internet IP out of Chesterfield, Missouri and utilized an iPhone to access Signal.

9.      On June 2, 2026, a facial recognition program determined that the selfie "Fistedboy" distributed to the OCE on June 1, 2026, was visually similar to a Brian Ebbinghaus of Chesterfield, Missouri further identified as:

> Brian Michael Ebbinghaus
>
> DOB: 01/23/1989
>
> 16573 Wild Horse Creek Road #2408 Chesterfield, Missouri

10.     An FBI Intelligence report dated June 3, 2026, revealed that Ebbinghaus was married to Evan Coonrad and that both reside at 16573 Wild Horse Creek Road #2408

3

Chesterfield, Missouri.  Ebbinghaus was also found to be employed by Edwardsville High School as a choreographer of school plays and Coonrod is associated with the Lafayette High School marching band and color guard.  Ebbinghaus was also found to be employed by a music venue named SL TSG Factory and The Sheldon Arts Foundation, which is a non-profit music and art center that has an educational component offering classes for K-8th Grade.

11,     On June 5, 2026, while checking direct messages with "Fistedboy," the OCE observed that this subscriber had distributed 13 additional child pornography videos to the OCE. The imagery depicted boys under the age of 16 engaged in masturbation along with oral and anal sex with adult males.

12.     On June 7, 2026, the OCE observed that "Fistedboy" had distributed an additional 46 videos and 12 images of child pornography and had set the disappearing messages function to 1 day. The videos and images included both prepubescent and postpubescent boys engaged in oral and anal sexual activity with other minors and/or adult men.

13.     On June 8, 2026, an AT&T Internet subpoena return revealed the subscriber of the submitted IP data to be:

Evan Coonrod

16573 Wild Horse Creek Road Apt 2408 Chesterfield, MO 63017

314-570-9717

14.     On June 9, 2026, "Fistedboy" informed the OCE that he would be taking a 7-day vacation beginning June 10, 2026.  Over the course of direct message chats with the OCE and "Fistedboy's" posting of child pornography into the Signal room, the amount of the distribution is estimated to be in the hundreds.

4

15.     On June 11, 2026, a subpoena return from Telegram for @Fistedboy, another platform where the OCE was communicating with Ebbinghaus, revealed the subscribers contact number to be 314-504-0817.  An Accurint search revealed the subscriber to be Brian Ebbinghaus.

**CONCLUSION**

Based on the foregoing, there is probable cause to believe that BRIAN MICHAEL EBBINGHAUS has violated Title 18, United States Code, Sections 2252(a)(2) and 2252A(a)(2), which make it a crime to distribute child pornography in interstate commerce.

Your Affiant respectfully requests the Court issue an arrest warrant for Brian Michael Ebbinghaus.

_____
Special Agent Heidi Fuller
FBI, Nashville Division


Subscribed and sworn to before me
on this the ⟨17th⟩ day of June 2026.

_____
HONORABLE MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE

5